IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REVERSE MORTGAGE
SOLUTIONS, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-1580

GLORIA B. DUNBAR, et al.,

Appellee.

_____/

Opinion filed May 8, 2017.

An appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Curtis A. Wilson of McCalla Raymer Pierce, LLC, Orlando, for Appellant.

Lynn Drysdale of Jacksonville Area Legal Aid, Inc., Jacksonville, for Appellee.

PER CURIAM.

        AFFIRMED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.